■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRINI ADAMS, Appellant. [783 NYS2d 867]—Appeal by the defendant from a judgment of the County Court, Nassau County (DeRiggi, J.), rendered January 28, 2002, convicting him of robbery in the first degree (two counts), criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not denied the effective assistance of counsel. Viewing the record as a whole, the defendant received meaningful representation (*see People v Baldi,* 54 NY2d 137 [1981]). The defense counsel presented a reasonable defense, interposed appropriate objections, and effectively cross-examined witnesses (*see People v Wright,* 8 AD3d 507, 508 [2004]; *People v Washington,* 5 AD3d 615 [2004], *lv denied* 3 NY3d 650 [2004]). Unsuccessful trial strategies and tactics do not constitute ineffective assistance of counsel (*see People v Henry,* 95 NY2d 563 [2000]).

The defendant's contention that the evidence was legally insufficient to support his convictions is unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the

weight of the evidence (*see* CPL 470.15 [5]). Santucci, J.P., Schmidt, Cozier and Rivera, JJ., concur.